UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NAJEEB RAHMAN,<br><br>　　　　　　Defendant. | Case No. 2:08-cr-0126-RLH-PAL<br><br>**O R D E R**<br>(Motion to Amend Judgment–#139) |

Before the Court is the United States' Motion to Amend Judgment of Conviction to Correct Restitution Order (#139, filed July 26, 2010). No opposition has been filed.

The United States seeks to correct a calculation error in the amount of restitution which was made by the Presentence Report and adopted by the Court. The Motion would permit the judgment to conform to the evidence and, there being no opposition from the Defendant,

IT IS HEREBY ORDERED that the United States' Motion to Amend Judgment of Conviction to Correct Restitution Order (#139) is GRANTED and the restitution amount in the Judgment of Conviction ($57,426.87) is hereby amended to $67,469.79.

Dated: August 31, 2010.

_____
Roger L. Hunt
Chief United States District Judge