# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>                         Plaintiff,          )<br>                                                              )<br>            vs.                                            )<br>                                                              )<br>NAJEEB RAHMAN,                            )<br>                                                              )<br>                         Defendant.       )<br>_____) | Case No. 2:08-cr-00126-RLH-PAL<br><br>**N O T I C E**<br>(Pursuant to Limited Remand) |

Pursuant to the instruction of the Appellate Commissioner of the Ninth Circuit Court of Appeals, NOTICE is hereby given to Defendant Najeeb Rahman that he has the opportunity to request of this Court an extension of the 14-day period in which he is required to file an appeal of this Court's Order. Any such request must be filed within 14 days of this NOTICE and demonstrate excusable neglect or good cause.

Dated: October 23, 2012.

_____
**Roger L. Hunt
United States District Judge**