1

2

3

4

5         **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF NEVADA**

7                          * * *

8    UNITED STATES OF AMERICA,          )

9                 Plaintiff,            )          2:08-CR-00126-RLH-PAL

10       vs.                           )          **O R D E R**
                                        )          (Request for Clarification of Facts and
11   NAJEEB RAHMAN,                     )           Order for Appropriate Sentence Credit
                                        )           --#189)
12                Defendant.            )
     _____   )

13

14       Before the Court is Defendant's **Request for Clarification of Facts and Order for**

15   **Appropriate Sentence Credit** (#189, filed June 3, 2013) and the Court will exercise its authority

16   under that section to refer this matter to the United States Attorney for a response to the Motion.

17       IT IS THEREFORE ORDERED that Defendant's **Request for Clarification of Facts and**

18   **Order for Appropriate Sentence Credit** (#189) is hereby REFERRED to the UNITED STATES

19   ATTORNEY for a response  within forty-five (45) days of the entry this Order.  Defendant will

20   then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney,

21   and the matter will be referred for decision.

22       DATED: June 4, 2013.

23                                          _____
                                            **Roger L. Hunt**
24                                          **United States District Judge**

25

26