# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | Case No. 2:08-cr-00126-RLH-PAL |
| vs. | **O R D E R** |
| NAJEEB RAHMAN, | (Motion to Withdraw - #232) |
| Defendant(s). | (Request to Advance Hearing) |

There are two matters before the Court. The first is Defendant's counsel, Kathleen Bliss's **Motion to Withdraw as Counsel** (#232). The second is the Probation Officer's request that the hearing on Mr. Rahman's supervision violation be advanced from June 29 to June 22, due to his absence on June 29.

First, it appears that Defendant Rahman has retained attorney Chris T. Rasmussen to represent him in this matter. Accordingly, Ms. Bliss's Motion is granted, and she will provide Mr. Rasmussen relevant copies of her file forthwith.

Second, good cause appearing, and the Court having previously ordered that no further continuances would be granted, the hearing on Mr. Rahman's supervision violation is advanced to June 22, at 9:00 a.m., in Courtroom 6C and counsel are required to proceed at that time and place.

IT IS SO ORDERED.

Dated: May 11, 2015.

_____
**Roger L. Hunt**
**United States District Judge**