**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:08-cr-00126-RLH-PAL |
| vs. ) | **ORDER** |
| NAJEEB RAHMAN, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Najeeb Rahman's ("defendant") Motion for Reconsideration Order on Motion to Reopen Detention Hearing (doc. # 249), filed July 16, 2015.

Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion for Reconsideration Order on Motion to Reopen Detention Hearing (doc. # 249) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of defendant's Motion for Reconsideration Order on Motion to Reopen Detention Hearing (doc. # 249) to defense counsel:

> Chris T. Rasmussen
> Rasmussen & Kang LLC.
> 330 S Third St., Ste. 1010
> Las Vegas, NV 89101

**IT IS FURTHER ORDERED** that the Clerk of Court shall **unseal** doc. # 249.

DATED: July 17, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**