UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAJEEB RAHMAN,<br><br>Defendant. | Case No. 2:08-cr-00126-KJD-PAL<br><br>**ORDER** |

Presently before the Court is the United States' Motion for Leave to File Surreply (#274). Local Rule LR 7-2 provides that surreplies "are not permitted without leave of court[.]" LR 7-2(b). "The U.S. District Courts in Nevada interpret Local Rule 7-2 to allow filing of surreplies only to address new matters raised in a reply to which a party would otherwise be unable to respond." Ernest Bock, L.L.C. v. Steelman, No. 2:19-CV-01065-JAD-EJY, 2020 WL 1258360, at *2 (D. Nev. Mar. 16, 2020) (simplified). The United States argues that Defendant's initial motion (#267) failed to attach documents that Defendant's motion relied upon. (See #274). However, Defendant's subsequent replies (#271/272/273) included the missing attachments. (See #271, 272, 273). As the United States was not able to address these attachments in its response, the United States will be allowed to file a surreply.

**IT IS THERFORE ORDERED** that the United States' motion (#274) is **GRANTED**.

Dated this 8th day of August 2023.

Kent J. Dawson
United States District Judge